E. M. TOWNSEND, INC., Appellant, v. KEVA SKODNICK, Executor, etc., of MARY SKODNICK, Deceased, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The amended complaint states a cause of action. (Potter v. Ellice, 48 N. Y. 321; Havens v. Patterson, 43 id. 218, 221; Cornell v. Hayden, 114 id. 271, 278; Lewis

*v. Smith*, 9 id. 502.) Defendant's time to answer is extended until ten days after the entry of the order herein. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.